UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION


BENJAMIN HENDRICKS, et al.,

        Plaintiffs,

                                    Case No. 2:14-cv-01841
      v.                        JUDGE GREGORY L. FROST
                                      Magistrate Judge Elizabeth P. Deavers

OHIO DEPARTMENT OF REHABILITATION
AND CORRECTIONS, et al.,

        Defendants.


## OPINION AND ORDER

      This matter is before the Court for consideration of the Magistrate Judge's February 13, 2015 Order and Report and Recommendation ("Order and R&R").  (ECF No. 27.)  In that filing, the Magistrate Judge recommended that Plaintiff Hendricks' claims for injunctive relief be dismissed as moot because Plaintiff Hendricks has been released from PCI.

      The Order and R&R advised the parties that, "[i]f any party seeks review by the District Judge of this Report and Recommendation, that party may, within fourteen (14) days, file and serve on all parties objections to the Report and Recommendation, specifically designating this Report and Recommendation, and the part in question, as well as the basis for the objection." (ECF No. 27, at 8.)  The Order and R&R specifically advised the parties that their failure to object would "result in a waiver of the right to *de novo* review by the District Judge and waiver of the right to appeal the judgment of the District Court."  (*Id*. (citing *Pfahler v. Nat'l Latex*

*Prod. Co.*, 517 F.3d 816, 829 (6th Cir. 2007) and *United States v. Sullivan*, 431 F.3d 976, 984 (6th Cir. 2005)).)

The Court has reviewed the Order and R&R.  Noting that no objections have been filed, that the time for filing such objections has expired, and that the Magistrate Judge's reasoning is correct, the Court **ADOPTS** and **AFFIRMS** the Order and R&R and **DISMISSES AS MOOT** Plaintiff Hendricks' claims for injunctive relief.

**IT IS SO ORDERED**.

**/s/ Gregory L. Frost**
**GREGORY L. FROST**
**UNITED STATES DISTRICT JUDGE**