UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

BENJAMIN HENDRICKS, et al.,

    Plaintiffs,

  v.

OHIO DEPARTMENT OF REHABILITATION
AND CORRECTIONS, et al.,

    Defendants.

Case No. 2:14-cv-01841
JUDGE GREGORY L. FROST
Magistrate Judge Elizabeth P. Deavers

## ORDER

    This matter is before the Court for consideration of the Magistrate Judge's April 30, 2015 Report and Recommendation ("R&R"). (ECF No. 30.) In that filing, the Magistrate Judge recommended that the Court dismiss this action pursuant to Federal Rule of Civil Procedure 41(b). The Magistrate Judge further recommended that the Court dismiss Plaintiff Nameth's claims with prejudice for want of prosecution.

    The R&R advised the parties that, if any party sought review by the District Judge, that party may file objections to the Magistrate Judge's recommendations within fourteen (14) days. (ECF No. 30, at PAGEID # 175.) The R&R further advised the parties that the failure to object within fourteen days would "result in a waiver of the right to *de novo* review by the District Judge and waiver of the right to appeal the judgment of the District Court." (*Id*. (citing *Pfahler v. Nat'l Latex Prod. Co.*, 517 F.3d 816, 829 (6th Cir. 2007) and *United States v. Sullivan*, 431 F.3d 976, 984 (6th Cir. 2005)).)

The Court has reviewed the R&R.  Noting that no objections have been filed, and that the time for filing such objections has expired, the Court **AFFIRIMS AND ADOPTS** the R&R (ECF No. 30), **DISMISSES** this action under Rule 41(b), and **DISMISSES WITH PREJUDICE** Plaintiff Nameth's claims for want of prosecution.  The Clerk is **DIRECTED** to enter judgment accordingly and remove this case from the docket records of the United States District Court for the Southern District of Ohio, Eastern Division.

**IT IS SO ORDERED**.

/s/ Gregory L. Frost
**GREGORY L. FROST**
**UNITED STATES DISTRICT JUDGE**